DOCUMENTS UNDER SEAL □                                    TOTAL TIME (mins): 3 minutes

| **MAGISTRATE JUDGE** **MINUTE ORDER** | DEPUTY CLERK Antionque Avist | | REPORTER/DIGITAL RECORDING: Liberty: 1:03pm - 1:06pm |
|---|---|---|---|
| MAGISTRATE JUDGE Susan van Keulen | DATE 06/10/2025 | NEW CASE □ | CASE NUMBER 5:25-mj-70598-MAG-1 |

### APPEARANCES

| DEFENDANT Francisco De-Jesus Morales | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Sophia Whiting | PD. ☒ RET. □ APPT. □ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Taylor Lord | INTERPRETER Lupita Arce | | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D FPD Confirmed | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | DEF ELIGIBLE FOR ☒ APPT'D COUNSEL | PARTIAL PAYMENT □ OF CJA FEES | |

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | | |
|---|---|---|---|---|
| □ INITIAL APPEAR | □ PRELIM HRG | □ MOTION | □ JUGM'T & SENTG | ☒ STATUS □ TRIAL SET |
| □ I.D. COUNSEL | □ ARRAIGNMENT | □ BOND HEARING | □ IA REV PROB. or or S/R | □ OTHER |
| □ DETENTION HRG | □ ID / REMOV HRG | □ CHANGE PLEA | □ PROB. REVOC. | □ ATTY APPT HEARING |

### INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| □ ADVISED OF RIGHTS | □ ADVISED OF CHARGES | □ NAME AS CHARGED IS TRUE NAME | □ TRUE NAME: |

### ARRAIGNMENT

| | | | |
|---|---|---|---|
| □ ARRAIGNED ON INFORMATION | □ ARRAIGNED ON INDICTMENT | □ READING WAIVED SUBSTANCE | □ WAIVER OF INDICTMENT FILED |

### RELEASE

| | | | | |
|---|---|---|---|---|
| □ RELEASED ON O/R | □ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | □ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED □ CASH $ | | CORPORATE SECURITY □ | | REAL PROPERTY: □ |
| □ MOTION FOR DETENTION | □ PRETRIAL SERVICES REPORT | □ DETAINED | □ RELEASED | □ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| | | | |
|---|---|---|---|
| □ CONSENT ENTERED | □ NOT GUILTY | □ GUILTY | GUILTY TO COUNTS: □ |
| □ PRESENTENCE REPORT ORDERED | □ CHANGE OF PLEA | □ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| | | | | |
|---|---|---|---|---|
| TO: 06/24/2025 | □ ATTY APPT HEARING | □ BOND HEARING | □ STATUS RE: CONSENT | □ TRIAL SET |
| AT: 1:00pm | □ SUBMIT FINAN. AFFIDAVIT | □ PRELIMINARY HEARING | □ CHANGE OF PLEA | ☒ STATUS |
| BEFORE HON. Susan van Keulen | □ DETENTION HEARING | □ ARRAIGNMENT | □ MOTIONS | □ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | □ IDENTITY / REMOVAL HEARING | □ PRETRIAL CONFERENCE | □ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Defendant submits to detention.

DOCUMENT NUMBER: